**Demetrius BROWN, Petitioner,**

v.

**DRUG ENFORCEMENT
ADMINISTRATION,
Respondent.**

No. 04–1161.

United States Court of Appeals,
District of Columbia Circuit.

Sept. 17, 2004.

Warden, Demetrius Brown, Federal
Correctional Institution McKean, Brad-
ford, PA, for Petitioner.

Harry Jay Matz, U.S. Department of
Justice, Washington, DC, for Respondent.

Before GINSBURG, Chief Judge, and HENDERSON and TATEL, Circuit Judges.

### JUDGMENT

PER CURIAM.

Upon consideration of the petition for review, it is

**ORDERED AND ADJUDGED** that the petition for review be denied. The DEA is not authorized to provide the relief that petitioner seeks, and he must challenge his convictions through a motion to vacate his sentence filed in the sentencing court pursuant to 28 U.S.C. § 2255.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.